**Richard GRIFFIN, Petitioner–Respondent,**

**v.**

**Barbara GRIFFIN, Respondent–Appellant.**

**No. 53823.**

Missouri Court of Appeals, Eastern District, Division One.

Aug. 2, 1988.

Rehearing Denied Sept. 12, 1988.

Wilson Gray, St. Louis, for respondent-appellant.

J. Michael Benson, Clayton, for petitioner-respondent.

## ORDER

PER CURIAM.

Wife appeals from a dissolution decree; we affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum, for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).